JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROW FORMULAS, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. CV10-801-JST(SSx)<br><br><br>JUDGMENT |

1

1    Having entered an order granting Defendant Steadfast
2 Insurance Company's Motion for Summary Judgment,
3    IT IS ORDERED AND ADJUDGED that Judgment is entered in
4 favor of Steadfast Insurance Company on all claims.
5 Defendant is the prevailing party and shall be entitled to
6 costs of suit herein.

Dated: April 12, 2011

                                    **JOSEPHINE STATON TUCKER**
                                    HON. JOSEPHINE STATON TUCKER
                                    UNITED STATES DISTRICT JUDGE